AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment: 20 years; Fine: $250,000;
Supervised release: 3 years; and Special assessment: $100

### DEFENDANT - U.S.

▶ OTHON LOPEZ-JIMENEZ,

DISTRICT COURT NUMBER

**CR07-0706 CW**

*FILED NOV - 8 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JAMES C. MANN, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution
Yuba County Jail

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: OAKLAND

E-filing

---

UNITED STATES OF AMERICA,

v.

OTHON LOPEZ-JIMENEZ,

CR07-0706 CW

FILED
07 NOV -8 AM 11:15

DEFENDANT.

---

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found In United States

A true bill.

_____
Foreman

Filed in open court this  9th  day of
November 2007

_____
Clerk

Bail, $ No bail / arrest warrant
Wayne D. Brazil   11-8-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
2007 NOV -8 AM 11: 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OTHON LOPEZ-JIMENEZ,<br><br>Defendant. | Criminal No.: CR07-0706<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) --<br>Deported Alien Found In United States<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1.  Prior to March 3, 2004, defendant OTHON LOPEZ-JIMENEZ was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.  On or about January 28, 1994, and on or about March 3, 2004, defendant OTHON LOPEZ-JIMENEZ was removed, excluded, and deported from the United States.

3.  After March 3, 2004, defendant OTHON LOPEZ-JIMENEZ knowingly and voluntarily reentered and remained in the United States.

4.  On or about October 2, 2007, in the Northern District of California, the defendant

LOPEZ-JIMENEZ INDICTMENT

OTHON LOPEZ-JIMENEZ, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:   November 8, 2007

A TRUE BILL.

*/s/*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*/s/*
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: */s/* )
AUSA J.C. MANN

LOPEZ-JIMENEZ INDICTMENT              2