| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR 11/9/07 10:12:43-10:22:59 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>11/9/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00706-CW |

DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 10 Mins

## APPEARANCES

| DEFENDANT<br>OTHON LOPEZ-JIMENEZ | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Hilary Fox | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Daniel Kaleba | | INTERPRETER<br>Haydee Claus (Spanish Int.) | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>5 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>5 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 11/9/07 | ☒ ADVISED OF CHARGES 11/9/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
NOV 9 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>11/16/07 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 BET. NOW & UNTIL 11/16/07 FOR EFFECTIVE | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

PREP. OF COUNSEL   ADDITIONAL PROCEEDINGS

The deft. was given a financial affidavit form by the Clerk. The govt's atty. provided the Court with a copy of the detainer that has been lodged on the deft. by ICE (Immigration & Customs Enforcement). Request for discovery was made by the deft's atty. to the govt's atty. The govt's atty. has agreed to provide the deft's atty. with the discovery shortly.

cc:  WDB's Stats, Pretrial    DOCUMENT NUMBER:

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

**RECEIVED**

## Immigration Detainer - Notice of Action

NOV 9 - 2007

| File No. |
|---|
| A72 808 576 |
| NOVEMBER 9, 2007 |

To: (Name and title of institution)
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
U.S. Marshals Service
NORTHERN DISTRICT OF CALIFORNIA
Oakland, CA.
Or any subsequent law enforcement agency

To Follow On All Transfers

From: (INS office address)
U.S. Immigration and Customs Enforcement
Detention and Removals
630 Sansome Street
San Francisco, CA 94111 (415) 844-5646

Name of alien:  **LOPEZ-JIMENEZ, OTHON**

CII: A24696548    FBI: 906107TA2

Date of birth: 7/2/1973    Nationality: MEXICO    Sex: Male

**You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ during business hours or _____ after hours in an emergency.

☒ **Please complete and sign the bottom block of the duplicate of this form and return it to this office.**

**Please return a signed copy via facsimile to** (415) 844-5591
(Area code and facsimile number)

☒ Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

Cesar Lopez #3153
(Signature of ICE official)

Deportation Officer
(Title of ICE official)

*************************************** **RECEIPT ACKNOWLEDGED** ***************************************

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____

SIGNATURE AND TITLE OF OFFICIAL: _____

Form I-247 (Rev. 4-1-97)N