UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 12/5/07

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00706 CW

**Defendant:**  Othon Lopez-Jimenez (present - in custody
                                    interpreter used)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Hiram Torres (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting**

**Notes:**    This was the defendant's initial appearance before District Judge.  Government has extended offer to defendant, but defense counsel has not yet met with the defendant to discuss it with him.  **Case continued to 12/19/07 at 2:00 p.m. for disposition or trial setting**.  Defense does not think there will be any motions filed.  Ms. Halbert will be filing substitution of counsel for Hilary Fox.  Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers