BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant LOPEZ-JIMINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OTHON LOPEZ-JIMINEZ,<br><br>　　　　　Defendant. | No. CR 07-00706 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND FOR EXCLUSION OF TIME |

　　　　Defendant Othon Lopez-Jiminez is scheduled to appear in court on Wednesday, December 19, 2007 at 2:00 p.m. for a trial setting or disposition hearing. Defense counsel has requested additional time to investigate the case, meet with the client and reach a resolution of the matter. Defense counsel is unavailable from December 27, 2007 through January 4, 2008. Government counsel is unavailable January 7 through January 17, 2008. The parties therefore request the next available date that all parties are available, which is January 23, 2008 or the next date convenient to the Court. The parties further stipulate and agree that the time between December 19, 2007 and January 23, 2008 or the next date selected by the Court, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

　　　　For these reasons, the parties request that the Court order that this period of time should be

1  excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
2  continuance is necessary to provide counsel for the defendant and counsel for Government the
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence, and for continuity of counsel.
5  SO STIPULATED.
6  Dated:      December 18, 2007                              /S/
7                                                             SHAWN HALBERT
                                                              Assistant Federal Public Defender
8  SO STIPULATED.
9  Dated:      December 18, 2007                              /S/
10                                                            JAMES MANN
                                                              Assistant United States Attorney
11
12      I hereby attest that I have on file all holograph signatures for any signatures indicated by
13  a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued to January 23, 2008, at 2:00 p.m. for trial setting or disposition hearing.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Lopez-Jiminez and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from December 19, 2007 through January 23, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:   December ___, 2007

_____
CLAUDIA WILKEN
United States District Judge