1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant LOPEZ-JIMINEZ

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,           )
                                        )   No. CR 07-00706 CW
                 Plaintiff,             )
13                                      )   STIPULATION AND [PROPOSED]
         v.                             )   ORDER TO CONTINUE HEARING
14                                      )   DATE FROM JANUARY 23, 2008 TO
    OTHON LOPEZ-JIMINEZ,                )   FEBRUARY 8, 2008 AND FOR
15                                      )   EXCLUSION OF TIME
                 Defendant.             )
16  _____)

   Defendant Othon Lopez-Jiminez is scheduled to appear in court on Wednesday, January 23, 2008 at 2:00 p.m. for a trial setting or disposition hearing. Defense counsel is requesting additional time to investigate the case, meet with the client and reach a resolution of the matter. Under the circumstances, government counsel does not object. Defense counsel has an appearance before Judge Breyer on January 30, 2008 and thus requests the next available date on this Court on February 8, 2008 at 2:00 p.m. or the next date convenient to the Court. The parties further stipulate and agree that the time between January 23, 2008 and February 8, 2008 or the next date selected by the Court, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

   For these reasons, the parties request that the Court order that this period of time should be

excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the continuance is necessary to provide counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel.

SO STIPULATED.

Dated:    January 22, 2008         /S/
                                   _____
                                   SHAWN HALBERT
                                   Assistant Federal Public Defender

SO STIPULATED.

Dated:    January 22, 2008         /S/
                                   _____
                                   JAMES MANN
                                   Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 2 -

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued to February 8, 2008, at 2:00 p.m. for trial setting or change of plea.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Lopez-Jiminez reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from January 23, 2008 to February 8, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:  January ___, 2008

CLAUDIA WILKEN
United States District Judge