BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant LOPEZ-JIMINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OTHON LOPEZ-JIMINEZ,<br><br>    Defendant. | No. CR 07-00706 CW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FROM JANUARY 23, 2008 TO FEBRUARY 8, 2008 AND FOR EXCLUSION OF TIME |

Defendant Othon Lopez-Jiminez is scheduled to appear in court on Wednesday, January 23, 2008 at 2:00 p.m. for a trial setting or disposition hearing. Defense counsel is requesting additional time to investigate the case, meet with the client and reach a resolution of the matter. Under the circumstances, government counsel does not object. Defense counsel has an appearance before Judge Breyer on January 30, 2008 and thus requests the next available date on this Court on February 8, 2008 at 2:00 p.m. or the next date convenient to the Court. The parties further stipulate and agree that the time between January 23, 2008 and February 8, 2008 or the next date selected by the Court, should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

For these reasons, the parties request that the Court order that this period of time should be

1  excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the
2  continuance is necessary to provide counsel for the defendant the reasonable time necessary for
3  effective preparation, taking into account the exercise of due diligence, and for continuity of counsel.
4  SO STIPULATED.
5  Dated:    January 22, 2008                    /S/
6                                                                SHAWN HALBERT
                                                                  Assistant Federal Public Defender
7  SO STIPULATED.
8  Dated:    January 22, 2008                    /S/
9                                                                JAMES MANN
                                                                  Assistant United States Attorney
10
11      I hereby attest that I have on file all holograph signatures for any signatures indicated by
12  a "conformed" signature (/S/) within this e-filed document.

- 2 -

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter be continued to February 8, 2008, at 2:00 p.m. for trial setting or change of plea.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant Lopez-Jiminez reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the need for continuity of counsel.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the time from January 23, 2008 to February 8, 2008 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated:   January  22, 2008

_____
CLAUDIA WILKEN
United States District Judge