BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500

Counsel for Defendant LOPEZ-JIMINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                      Plaintiff,           )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>OTHON LOPEZ-JIMINEZ,              )<br>                                                              )<br>                      Defendant.       )<br>_____ ) | Nos. CR 07-00706 CW<br><br>NOTICE OF ATTORNEY APPEARANCE |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: January 24, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                                /S/

                                        SHAWN HALBERT
                                        Assistant Federal Public Defender

Notice of Substitution of Attorney
Nos. CR 07-00706 CW