BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant LOPEZ-JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OTHON LOPEZ-JIMENEZ,<br><br>          Defendant. | No. CR 07-00706 CW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FROM FEBRUARY 8, 2008 TO APRIL 16, 2008 AND FOR EXCLUSION OF TIME |

Defendant Othon Lopez-Jimenez is scheduled to appear in court on Friday, February 8, 2008 at 2:00 p.m. for trial setting or disposition hearing. The parties have reached an agreement pursuant to Rule 11(c)(1)(C) and agree that it would be beneficial to have a Pre-Plea Presentence Investigation Report calculating only criminal history and sentencing guidelines. The parties agree that Mr. Othon Lopez-Jimenez could enter his plea and be sentenced on the same day. Thus, the parties request that the Court order that U.S. Probation prepare a Pre-plea Presentence Investigation report and that the next court date in this matter be continued to April 16, 2008 (or some date thereafter convenient to the Court) for change of plea and sentencing. As the government will submit the proposed plea agreement to the Court, the parties further stipulate and agree that the time between February 8, 2008 and April 16, 2008 should be excluded from calculations under the Speedy Trial Act, 18

U.S.C. §3161(h)(1)(I) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

SO STIPULATED.

Dated:     February 6, 2008                    /S/
                                            SHAWN HALBERT
                                            Assistant United States Attorney

SO STIPULATED.

Dated:     February 7, 2008                    /S/
                                            JAMES MANN
                                            Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**<u>ORDER</u>**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter, which is currently set for February 8, 2008 for setting or change of plea, be continued to April 16, 2008, at 2:00 p.m. for change of plea and sentencing.

IT IS FURTHER ORDERED THAT U.S. Probation shall prepare a Pre-Plea Presentence Investigation Report calculating only criminal history and sentencing guidelines and shall submit such report to the parties and the Court no later than April 9, 2008.

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the time between February 8, 2008 and April 16, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(I) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

Dated:  February 11, 2008

                                          CLAUDIA WILKEN
                                          United States District Judge

cc: U.S. Probation