UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 4/16/08**

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00706 CW

**Defendant:** Othon Lopez-Jimenez (present - in custody
                                    interpreter used)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


                Hearing:  Disposition or Trial Setting

**Notes:**    Defense requests continuance for change of plea and
sentencing.  Defense has received criminal history from probation but
was unable to meet with defendant until today and defendant had
additional legal questions and is not ready to plea; defendant may be
pleading open or taking plea agreement.  Defense has received
discovery from the government.  Defense will not be filing any
motions.  **Case continued to 4/30/08 at 2:00 p.m. for disposition or
trial setting.**  Time excluded for effective preparation.

Copies to: Chambers