UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 4/30/08**

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00706 CW

**Defendant:** Othon Lopez-Jiminez (present - in custody
                                    intepreter used)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Angela Zawadski (Spanish)

**Probation Officer:**
Connie Cook

**Speedy Trial Date:**

Hearing:  Disposition or Trial Setting

**Notes:**    Defendant will be getting new attorney assigned to him and defense counsel may need to check records re priors. **Case continued to 5/28/08 at 10:00 a.m. before WDB for change of plea.  Sentencing tentatively set for 8/6/08 at 2:00 p.m.**  If there is no change of plea before WDB on 5/28, case continued to 6/18/08 at 2:00 p.m. before this Court for disposition or trial setting.  Time excluded for effective preparation, continuity of counsel and the Court's consideration of plea agreement.

Copies to: Chambers; WDB/Ivy