1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Othon Lopez-Jimenez
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-07-706 CW
                                      )
12 |          Plaintiff,               ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER FOR CONTINUANCE AND**
13 | vs.                               ) **EXCLUSION OF TIME UNDER THE**
                                      ) **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
14 | OTHON LOPEZ-JIMENEZ,              ) **SEQ.**
                                      )
15 |          Defendant.               ) Current Date: June 25, 2008
   |_____) Requested Date: June 26, 2008
16

17     The parties in the above-captioned matter are scheduled to appear before the Court on

18 June 25, 2008. The parties stipulate and agree that the matter should be continued to June 26,

19 2008 at 2:00 p.m. because defense counsel has four matters on calendar in San Francisco on the

20 afternoon of June 25, 2008. Mr. Lopez-Jimenez is prepared to enter a plea of guilty pursuant to a

21 plea agreement. Defense counsel has been informed that the Court is willing to specially set the

22 matter for change of plea at 2:00 p.m. on Thursday, June 26, 2008. For the foregoing reasons,

23 the parties further stipulate and agree that the ends of justice served by the continuance requested

24 herein outweigh the best interest of the public and the defendant in a speedy trial because the

25 failure to grant the continuance would deny the deny the defendant continuity of counsel. The

26 parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§

Stip re: Continue and Exclude                    1

1  3161(h)(8)(A) and (B)(iv).

                                                                               /S/

June 24, 2008
Date                                                                Ned Smock
                                                                          Assistant Federal Public Defender

                                                                                /S/

June 24, 2008
Date                                                                James Mann
                                                                          Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

      Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the defendant continuity of counsel.  The Court makes this finding because defense counsel will be unavailable on the afternoon of June 25, 2008.

      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 26, 2008 at 2:00 p.m., and that time is excluded from June 25, 2008 to June 26, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

      IT IS SO ORDERED.

Date                                                                Honorable Claudia Wilken
                                                                Judge, United States District Court
                                                               Northern District of California