BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Othon Lopez-Jimenez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OTHON LOPEZ-JIMENEZ, <br><br> Defendant. | No. CR-07-706 CW <br><br> **STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET. SEQ.** <br><br> Current Date: June 25, 2008 <br> Requested Date: July 2, 2008 |

The parties in the above-captioned matter are scheduled to appear before the Court on June 25, 2008. The parties stipulate and agree that the matter should be continued to July 2, 2008 at 2:00 p.m. because defense counsel has four matters on calendar in San Francisco on the afternoon of June 25, 2008. Mr. Lopez-Jimenez is prepared to enter a plea of guilty pursuant to a plea agreement and asks that the case be put on calendar on July 2, 2008 at 2:00 p.m. for that purpose. For the foregoing reasons, the parties further stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the deny the defendant continuity of counsel. The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Stip re: Continue and Exclude                            1

|   |   |
|---|---|
| | /S/ |
| June 24, 2008 | |
| Date | Ned Smock |
| | Assistant Federal Public Defender |
| | /S/ |
| June 24, 2008 | |
| Date | James Mann |
| | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

      Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the defendant continuity of counsel. The Court makes this finding because defense counsel will be unavailable on the afternoon of June 25, 2008.

      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 2, 2008 at 2:00 p.m., and that time is excluded from June 25, 2008 to July 2, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

      IT IS SO ORDERED.

|   |   |
|---|---|
| 6/27/08 | *Claudia Wilken* (signature) |
| Date | Honorable Claudia Wilken |
| | Judge, United States District Court |
| | Northern District of California |

Stip re: Continue and Exclude        2