UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 7/2/08

**Plaintiff:** United States

v.                                                      No. CR-07-00706 CW

**Defendant:** Othon Lopez-Jimenez (present - in custody
                                     interpreter used)

**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Ned Smock

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Hearing: Change of Plea and Sentencing**

**Notes:** Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to the single count Indictment charging illegal reentry into the U.S. following deportation in violation of 8 USC 1326. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. Defendant waives his right to a complete PSR (modified PSR was prepared) and requests immediate hearing. Pursuant to the modified PSR and plea agreement, the Court finds Offense Level 21, Criminal History III, leading to a Guideline Range of 46-57 months. Pursuant to the binding plea agreement, the Court sentences the defendant to 46 months custody to be followed by 3 years supervised release under the usual terms and conditions and the special conditions the defendant pay the special assessment and not reenter the U.S. if deported without the permission of the AG or the appropriate agency and that he obey all regulations and orders of ICE. If defendant is in the U.S., he is to report to USPO immediately. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment which is due immediately but may be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers; probation