IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00706-01 CW |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| OTHON LOPEZ-JIMENEZ, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒ Modified Presentence Report

☐ Plea Agreement

☐ _____
  (Other)

**IT IS SO ORDERED.**

Dated: 7/7/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney
    Defense Counsel
    U.S. Probation
    U.S. Marshal